**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7377**

---

KITTRELL BERNARD DECATOR; CRAIG LAMONT SCOTT,

                                        Plaintiffs - Appellants,

    versus

UNKNOWN WARDEN, of Towson County; UNKNOWN
WARDEN, of Baltimore City Detention Center;
UNKNOWN CORR OFFICER, of Towson County;
UNKNOWN CORR OFFICER, of Baltimore City
Detention Center, all in their individual
capacities,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
02-2582-S)

---

Submitted: February 6, 2003          Decided: February 27, 2003

---

Before WILKINS, Chief Judge, TRAXLER, Circuit Judge, and HAMILTON,
Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kittrell Bernard Decator, Craig Lamont Scott, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kittrell Bernard Decator and Craig Lamont Scott appeal the district court's order denying their "Motion to Vacate Void Decision" pursuant to 28 U.S.C. § 60(b)(4), which the district court construed as a Fed. R. Civ. P. 60(b)(4) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Decator v. Unknown Warden, No. CA-02-2582-S (D. Md. Sept. 4, 2002). We further deny Appellants' motion to review transmitted record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2